UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JESUS EDUARDO JANDRES-
ORDONEZ,

      Petitioner,

v.

      No. 6:25-CV-084-H

PAMELA BONDI, et al.,

      Respondents.

**ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

Before the Court is the petitioner's combined habeas petition and complaint for declaratory and injunctive relief (Dkt. No. 2). The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted and respond to the petitioner's complaint for declaratory and injunctive relief by no later than November 20, 2025. The petitioner may file a reply to the respondents' answer by no later than December 4, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on November 3, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition and complaint for declaratory and injunctive relief (Dkt. No. 2). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the combined petition and complaint (Dkt. No. 2), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on October 31, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 31, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE