UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JESUS EDUARDO JANDRES-ORDONEZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | No. 6:25-CV-084-H |

## ORDER

Before the Court is Jesus Eduardo Jandres-Ordonez's Motion for Summary Judgment. Dkt. No. 13. The document alerts the Court to a recent decision in the Central District of California that declared ICE's mandatory-detention policy unlawful. *See Maldonado Bautista v. Santacruz*, ___ F. Supp. 3d ___, No. 5:25-CV-1873, 2025 WL 3289861, at *10–11 (C.D. Cal. Nov. 20, 2025). Five days later the court issued an order certifying the "Bond Eligible Class," covering

> [a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

___ F.R.D.___, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025). The same order "extend[ed] the same declaratory relief granted" in the November 20 order "to the Bond Eligible Class as a whole." *Id.*

Jandres-Ordonez asserts that he is a member of the class and that the Court is obligated to enforce the declaratory judgment of the *Maldonado-Bautista* decision. *See* Dkt. No. 13 at 3–4. At least seven district courts have addressed the *Maldonado Bautista* orders in

the short time since their publication, and several have granted habeas relief in partial reliance on the decision. *See Alatorre Rodriguez v. Larose*, No. 3:25-CV-2940, 2025 WL 3456475, at *5 & n.4 (S.D. Cal. Dec. 2, 2025); *Santuario v. Bondi*, Civ. A. No. 25-4296, 2025 WL 3469577, at *2 n.4 (D. Minn. Dec. 2, 2025). Two courts, however, have not adopted *Maldonado Bautista* as binding. One court denied habeas relief. *Orellana Serrano v. McDonald*, No. 1:25-CV-13395, 2025 WL 3296037, at *1–2 (D. Mass. Nov. 26, 2025). The other court granted preliminary relief on other grounds but questioned whether the *Maldonado Bautista* decision "is final and binding" on other courts. *Silva Hernandez v. Noem*, No. 2:25-CV-2304, 2025 WL 3470903, at *4 (D. Nev. Dec. 3, 2025).

The Court therefore directs the respondents to file a response to Jandres-Ordonez's motion for summary judgment no later than December 30, 2025. Jandres-Ordonez may file a reply no later than January 13, 2025.

So ordered on December 10, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE