UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JESUS EDUARDO JANDRES-ORDONEZ,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondents. | No. 6:25-CV-084-H |

## **JUDGMENT**

For the reasons stated in the Court's Order (Dkt. No. 18), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 2) and supplemental claim for habeas relief (Dkt. No. 13) are denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 23, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE